CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

March 11, 2015

Honorable Gracie Lewis
Presiding Judge
Criminal District Court No. 3
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-40
Dallas, TX 75207

Re: **STATUS INQUIRY**
    05-15-000006/00007/00008/00009-CR, Gary Wayne Barnes, Sr. v. The State of Texas

Dear Judge Lewis:

On January 28, 2015, this Court ordered the trial court to make findings regarding the above cases. A copy of the order is enclosed. To date, we have not received the findings. Therefore, please notify us of the status of the findings within **TEN DAYS** of the date of this letter. We appreciate your attention to this matter.

Sincerely,

/s/     Lisa Matz, Clerk

cc:     Gary Wayne Barnes, Sr.
        Lori Ordiway

ltr:mrh